UNITED STATES of America,
Plaintiff–Appellee,

v.

Cedric Allen SENNETT, also known as Cedric Veazia, Defendant–Appellant.

No. 06–30370

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Joseph Thomas Mickel, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Cedric Allen Sennett has moved for leave to with-

---

draw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sennett has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.